UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,

                -v-

GARTH PETERSON,

                Defendant.

------------------------------------------------------------------ X

12 CR 224 (JBW) (LB)

(ECF)

### NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Defendant Garth Peterson and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant Garth Peterson. The undersigned is a member of this Court in good standing

Dated: New York, New York
      April 23, 2012

                                  Respectfully Submitted,
                                  LANKLER SIFFERT & WOHL LLP

                                  Frank H. Wohl (FW-1737)
                                  500 Fifth Avenue, 33rd Floor
                                  New York, New York  10110
                                  (212) 921-8399
                                  Fwohl@lswlaw.com
                                  *Attorneys for Defendant Garth Peterson*